**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**


**DEMARCO HAWKINS**                    :                **CIVIL ACTION NO. 2:10-cv-1455**


**VERSUS**                            :                **JUDGE MINALDI**


**TERRY TERRELL, ET AL**              :                **MAGISTRATE JUDGE KAY**


## REPORT AND RECOMMENDATION

For the reasons stated in the separate Memorandum Order issued this date, it is

RECOMMENDED that the Motion for Summary Judgment of defendants be GRANTED and

that the case be DISMISSED WITH PREJUDICE.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of

Civil Procedure, the parties have fourteen (14) business days from receipt of this Report and

Recommendation to file any objections with the Clerk of Court.  Timely objections will be

considered by the district judge prior to a final ruling.

Failure to file written objections to the proposed factual findings and/or the proposed

legal conclusions reflected in this Report and Recommendation within fourteen (14) days

following the date of its service shall bar an aggrieved party from attacking either the factual

findings or the legal conclusions accepted by the District Court, except upon grounds of plain

error.  *See Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1429–30 (5th Cir.

1996).

THUS DONE this 23rd day of March, 2013.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE