RECEIVED
IN LAKE CHARLES, LA.

JUN -6 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DEMARCO HAWKINS | CIVIL ACTION NO. 10-CV-1455 |
| VS. | SECTION P |
| TERRY TERRELL, ET AL | JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 55], and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment, filed by the defendants, be **GRANTED** and this case be **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, on this the 5 day of June, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE